UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

          Plaintiff,

v.

RANDY PRESTON HUGHES,

          Defendant.

Case No. 2:09-CR-00125-PMP-PAL

O R D E R

On November 3, 2009, the Honorable Peggy A. Leen entered a Report and Recommendation (#35) recommending the denial of Defendant Randy Preston Hughes' Motion to Suppress Statements for Fifth Amendment Violation (#22), filed August 10, 2009.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and LR IB 3-2 and determines that the Report and Recommendation of the United States Magistrate Judge entered November 3, 2009, should be affirmed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#35) entered November 3, 2009, is AFFIRMED, and Defendant Randy Preston Hughes' Motion to Suppress Statements for Fifth Amendment violation (#22) is DENIED.

DATED: November 24, 2009.

_____
PHILIP M. PRO
United States District Judge