# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00125-PMP-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| RANDY PRESTON HUGHES, ) | |
| Defendant. ) | |

**IT IS ORDERED that** Plaintiff United States of America's Motion in Limine, Demand for Discovery, Request for Psychological Evaluation, and Request for a Daubert Hearing (Doc. #58), filed on February 16, 2010, is **DENIED** without prejudice to renew at the time of trial.

DATED: September 20, 2010.

_____
PHILIP M. PRO
United States District Judge