# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                                          )
            Plaintiff,                )
                                            )
            v.                        )         2:09-CR-0125-PMP (PAL)
                                            )
RANDY PRESTON HUGHES,                     )
                                            )
            Defendant.             )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 30, 2010, defendant RANDY PRESTON HUGHES pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of Ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds that defendant RANDY PRESTON HUGHES agreed to the forfeiture of property set forth in the Forfeiture Allegation of the Criminal Indictment.

This Court finds that, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant RANDY PRESTON HUGHES pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

          a.      Fifty (50) .380 ACP caliber rounds; and

          b.      Thirty-nine (39) .22 Long Rifle caliber rounds.

1    This Court finds the United States of America is now entitled to, and should, reduce the

2    aforementioned property to the possession of the United States of America.

3    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4    United States of America should seize the aforementioned property.

5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

6    RANDY PRESTON HUGHES in the aforementioned property is forfeited and is vested in the United

7    States of America and shall be safely held by the United States of America until further order of the

8    Court.

9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

10    shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

11    website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

12    the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

13    the name and contact information for the government attorney to be served with the petition, pursuant

14    to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a petition, if any, must

16    be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a copy of the petition, if

18    any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

19    following address at the time of filing:

20    DANIEL D. HOLLINGSWORTH
     Assistant United States Attorney
21    MICHAEL A. HUMPHREYS
     Assistant United States Attorney
22    Lloyd D. George United States Courthouse
     333 Las Vegas Boulevard South, Suite 5000
23    Las Vegas, Nevada 89101.

24    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the notice described

25    herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

26    .    .    .

2

1   agency following publication of notice of seizure and intent to administratively forfeit the above-

2   described asset.

3        DATED this  20th day of December, 2010.

4

5

6

7        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1

**PROOF OF SERVICE**

2

I, Jacqueline L. Peltier, certify that the following individuals were served with copies of

3

the Preliminary Order of Forfeiture on December 17, 2010 by the below identified method of

4

service:

5

E-mail/ECF

6

Monique N. Kirtley
Federal Public Defender

7

411 E. Bonneville, Suite 250
Las Vegas, Nevada 89101

8

Email: ECF_Vegas@FD.ORG
*Counsel for Randy Preston Hughes*

9

10

11

    /s/ Jacqueline L. Peltier
JACQUELINE L. PELTIER

12

Paralegal Specialist

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4