FILED

FEB 2 ○ 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:09-CR-0125-PMP (PAL) |
| RANDY PRESTON HUGHES, | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT RANDY PRESTON HUGHES**

On December 20, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant Randy Preston Hughes to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant Randy Preston Hughes.

DATED this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE